# EXHIBIT 1

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**REGISTRATION NUMBER**

TX 2 672 644

TX / TXU

**EFFECTIVE DATE OF REGISTRATION**

9 / 21 / 89

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1 TITLE OF THIS WORK ▼**

Winning Isn't Normal

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2 a NAME OF AUTHOR ▼**
Keith Frank Bell

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1948   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
     { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire Text

**b NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3 YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1981 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ February   Day ▶ 1   Year ▶ 1982
Nation ▶ United States of America

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Dr. Keith Bell
3101 Mistyglen Circle
Austin, Texas 78746

1598 Winford Ave.
Ventura, CA 93004

**APPLICATION RECEIVED**

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

# EXHIBIT 2

# Winning Isn't Normal
© 2010, Keith Frank Bell

Winning isn't normal. That doesn't mean there's anything wrong with winning. It just isn't the norm. It's highly unusual.

Every race only has one winner. No matter how many people are entered (not to mention all those w o tried and failed to make cuts), only one person (or one relay) wins each event.

Winning is unusual. As such, it requires unusual action.

In order to win, you must do extraordinary things. You can't just be one of the crowd. The crowd doesn't win. You have to be willing to stand out and act differently.

Your actions need to reflect unusual values and priorities. You have to value success more than others do. You have to want it more. (Now, take note! Wanting it more is a decision you make and act upon - not some inherent quality or burning inner drive or inspiration!) And you have to make that value a priority.

You can't train like everyone else. You have to train more and train better.

You can't talk like everyone else. You can't think like everyone else. You can't be too willing to join the crowd, to do what is expected, to act in a socially accepted manner, to do what's " in." You need to be willing to stand out in the crowd and consistently take exceptional action. If you want to win, you need to accept the risks and perhaps the loneliness ... because *winning isn't normal!!*

# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-503-571**

**Effective Date of Registration:**
November 06, 2017

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

Title of Work: Winning Isn't Normal
Title of Larger Work: Winning Isn't Normal

## Completion/Publication

Year of Completion: 2010
Date of 1st Publication: July 18, 2010
Nation of 1st Publication: United States
International Standard Number: ISBN 0-945609-96-5

## Author

- Author: Keith Frank Bell
  Author Created: text
  Citizen of: United States
  Domiciled in: United States
  Year Born: 1948

## Copyright Claimant

Copyright Claimant: Keith Frank Bell
3101 Mistyglen Circle, Austin, TX, 78746, United States

## Limitation of copyright claim

Material excluded from this claim: text
Previous registration and year: TX 2 672 644, 1989

New material included in claim: text

## Rights and Permissions

**Name:** Keith Frank Bell
**Email:** drkeithbell@gmail.com
**Telephone:** (512)327-2260
**Address:** 3101 Mistyglen Circle
Austin, TX 78746 United States

## Certification

**Name:** Keith F. Bell
**Date:** November 06, 2017

