# EXHIBIT 4



TWEETS 961 | FOLLOWING 322 | FOLLOWERS 177 | LIKES 305

Follow

**Coach Poltrock**
@rockpoltrock

Teacher/Coach at Reagan IB HS. Football/Softball/Reagan Fit. trenchtraining.com coach. Edgerton/UW-Whitewater alum.#WeUsOurs

1Samuel17:47, Milwaukee WI
reaganfootball.weebly.com
Joined October 2013

48 Photos and videos

Tweets | Tweets & replies | Photos & videos

Coach Poltrock Retweeted
**Baseball Prodigy** @BsbProdigy · Dec 27
Appreciate the beauty of the little things in baseball ⚾❤

1.2K 1.8K

Coach Poltrock Retweeted
**Bob Ross** @Midgetfb99 · 23h
@WingT_Football Inside/outside Trap! #FullhouseT

1 2 View conversation

Coach Poltrock Retweeted
**American Football** @American_FB · Dec 28
RETWEET if you are pulling for @NavyAthletics in the @MilitaryBowl today!

# EXHIBIT 5



Collins at it again. Nice but by Frederick too

Vine by Oline Vines

View on web

32 35

Coach Poltrock @rockpoltrock · Dec 22

Outstanding.

NSU Baseball @NSUBaseball32

Winning isn't normal

Coach Poltrock Retweeted

Bill Moore @coachbillmoore · Dec 22

Alabama coach Nick Saban on Michigan State's Mark Dantonio

#CandMT

#TheWayToWin

scout.com
"Mark's just done an outstanding job of evaluating players, getting good players to come there, improving the team every year he's been there and doing a great job of developing the players that he has and establishing a sort of winning character on his team about how they play with toughness and the grit that they have and the way they finish games and believe in each other and the team chemistry they have, it's really something special."

9 6

Coach Poltrock @rockpoltrock · Dec 22

Adversity doesn't deter Menasha teen

postcrescent.com/story/news/edu...

1 View summary

Coach Poltrock Retweeted

NC State Football @PackFootball · Dec 21

# EXHIBIT 6

STUDENTS TODAY HUSKIES FOREVER
Home
Moments
Search Twitter
Have an account? Log in
Coach Poltrock
@rockpoltrock
TWEETS 1,656
FOLLOWING 466
FOLLOWERS 248
LIKES 550
Follow
Coach Poltrock Retweeted
Mark Ross @Mark61Ross · Jan 7
Winning isn't normal
WINNING ISN'T NORMAL
Winning isn't normal. That doesn't mean there is anything wrong with winning. It just isn't normal. It's highly unusual.
Every competition has only one winner. No matter how many people are entered, only one person or team wins the championship.
Winning is unusual – as such it requires unusual action.
In order to win, you must do extraordinary things. You cannot just be one of the crowd. The crowd doesn't win. You have to be willing to stand out and act differently.
Your actions need to reflect unusual values and priorities. You have to value success more than others do. You have to want it more. WANTING IT MORE IS A DECISION YOU MAKE AND ACT UPON – NOT SOME INHERENT QUALITY OR BURNING INNER DRIVE OR INSPIRATION! You have to make that value a priority.
You cannot train like everyone else.
8
17
Coach Poltrock Retweeted



# EXHIBIT 7

Chrome File Edit View History Bookmarks People Window Help
100%
Feb 23 4:24 PM
Saturday, February 23, 2019
View as Analog
✓ View as Digital
Open Date & Time Preferences...
Coach Shon (@Bradley_Tech_
Twitter, Inc. [US] twitter.com/bradley_tech_bb?lang=en
Home
Moments
Search Twitter
Coach Shon
@Bradley_Tech_BB
Tweets 7,616
Following 975
Followers 704
Likes 4,628
Follow
2
Coach Shon Retweeted
Five-Star Basketball @5starbasketball · Feb 20
Winning isn't normal and it doesn't happen by accident.
WINNING ISN'T NORMAL
Winning isn't normal. That doesn't mean there is anything wrong with winning. It just isn't normal. It's highly unusual.
Every competition has only one winner. No matter how many people are entered, only one person or team wins the championship.
Winning is unusual - as such it requires unusual action.
In order to win, you must do extraordinary things. You cannot just be one of the crowd. The crowd doesn't win. You have to be willing to stand out and act differently.
Your actions need to reflect unusual values and priorities. You have to value success more than others do. You have to want it more. WANTING IT MORE IS A DECISION YOU MAKE AND ACT UPON - NOT SOME INHERENT QUALITY OR BURNING INNER DRIVE OR INSPIRATION! You have to make that value a priority.
You cannot train like everyone else. You have to train more and train better.
You cannot talk like everyone else. You cannot think like everyone else. You cannot be to willing to join the crowd, to
158
345
Coach Shon @Bradley_Tech_BB · Feb 20
last night 73-55 win over pulaski, Jr @MTBKEN4 24pts 15rebs 3ast soph @JacksonLedarius 17pts 4rebs 4ast 5stls sr @D_Skelly34 11pts 8rebs 5 deflections 1blk soph @franciollo1 6pts 1reb 1ast sr @JamelHeard1 5points 15rebs 2ast 4 deflections and 5 stls. 17ast and 17 stls as a team
1
Coach Shon @Bradley_Tech_BB · Feb 20