# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

DR. KEITH F. BELL,
    Plaintiff

v.        CASE NUMBER: 22-C-0227

THE MILWAUKEE BOARD OF
SCHOOL DIRECTORS and
SHON HARALSON,
    Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the complaint and this action are dismissed on the merits.

| | |
|---|---|
| December 21, 2022 | Gina M. Colletti |
| Date | Clerk |
| | s/ K. Rafalski |
| | (By) Deputy Clerk |