UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DR. KEITH F. BELL,
    Plaintiff,

v.                                    Case No. 22-C-0227

THE MILWAUKEE BOARD OF
SCHOOL DIRECTORS and
SHON HARALSON,
    Defendants.

_____

## DECISION AND ORDER

In prior orders, I granted defendants' motion for attorneys' fees under the Copyright Act and determined the amount to be recovered up to the time defendants moved for fees ($30,408.50). My last order allowed defendants to file a supplemental fee petition reflecting fees incurred in connection with the fee petition. Defendants have filed the supplemental petition, in which they request an additional $9,499 in fees. I have reviewed the Declaration of David P. Hollander in support of the supplemental fee computation and determine that the amount requested represents a reasonable fee. The fees were actually paid by MPS when due (except for the most recent bills, which have not come due) and the hourly rates and time spent on the litigation are reasonable. Therefore, I will grant the supplemental fee petition.

For the reasons stated, **IT IS ORDERED** that defendants' supplemental motion for attorneys' fees (ECF No. 39) is **GRANTED**. The amount of $9,499.00 is added to defendants' fee award. Accordingly, defendants shall recover the sum of $39,907.50 as a reasonable fee award from plaintiff Dr. Keith Bell.

Dated at Milwaukee, Wisconsin, this 20th day of March, 2023.

<u>/s/Lynn Adelman</u>
LYNN ADELMAN
United States District Judge

2

Case 2:22-cv-00227-LA   Filed 03/20/23   Page 2 of 2   Document 41