AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

DR. KEITH BELL,
    Plaintiff

    v.    CASE NUMBER: 22-C-0227

THE MILWAUKEE BOARD OF SCHOOL
DIRECTORS and SHON HARALSON,
    Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that defendants shall recover the sum of $39,907.50 as a reasonable attorneys' fee award against plaintiff Dr. Keith Bell

Approved:

s/ Lynn Adelman
LYNN ADELMAN, District Judge

4/13/2023                                          Gina M. Colletti
Date                                                  Clerk

                                                                       s/E. Romel
                                                                       (By) Deputy Clerk